Michael A. Harris
NAME
Calipatria S.P.; P.O. Box 5002;
PRISON IDENTIFICATION/BOOKING NO.
Calipatria, CA 92233-5002
ADDRESS OR PLACE OF CONFINEMENT

*fee due*
RECEIVED & RETURNED
CLERK, U.S. DISTRICT COURT
JUL - 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Note: It is your responsibility to notify the Clerk of Court in writing of any change of address. If represented by an attorney, provide his name, address, telephone and facsimile numbers, and e-mail address.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Michael A. Harris
FULL NAME (Include name under which you were convicted)
Petitioner,

v.

Larry A. Small, Warden
NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER
Respondent.

CASE NUMBER:
CV CV08-4381-RSWL (RC)
To be supplied by the Clerk of the United States District Court

☐ _____ AMENDED

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**
28 U.S.C. § 2254

PLACE/COUNTY OF CONVICTION _____
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(List by case number)
CV _____
CV _____



## INSTRUCTIONS - PLEASE READ CAREFULLY

1. To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2. In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge the judgment entered by a different California state court, you must file a separate petition.

3. Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4. Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5. You must include in this petition <u>all</u> the grounds for relief from the conviction and/or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

~~5.~~ You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you ~~must have an~~ authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

When you have completed the form, send the original and two copies to the following address:
   Clerk of the United States District Court for the Central District of California
   United States Courthouse
   ATTN: Intake/Docket Section
   312 North Spring Street
   Los Angeles, California 90012

LODGED
CLERK, U.S. DISTRICT COURT
JUN 30 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____

CV-69 (04/05)   PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)   Page 1 of 10

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☒ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☐ a parole problem.
4. ☐ other.

# PETITION

1. Venue
   a. Place of detention __Calipatria State Prison__
   b. Place of conviction and sentence __Superior Court of San Diego County__

2. Conviction on which the petition is based (*a separate petition must be filed for each conviction being attacked*).
   a. Nature of offenses involved (*include all counts*): __Nine counts of robbery and use of a firearm during the commission of the robberies.__

   b. Penal or other code section or sections: __§211; §12022.53(b)__

   c. Case number: __SCD182007__
   d. Date of conviction: __Nov. 22, 2004__
   e. Date of sentence: __Jan. 10, 2005__
   f. Length of sentence on each count: __Count 1: 3 years for §211 + 10 years for §12022.53(b); = 1 year for §211 & 3 years 4 months §12022.53(b) on counts 2-9.__
   g. Plea (*check one*):
      ☐ Not guilty
      ☒ Guilty
      ☐ Nolo contendere
   h. Kind of trial (*check one*):
      ☒ Jury
      ☐ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?    ☒ Yes ☐ No
   If so, give the following information for your appeal (*and attach a copy of the Court of Appeal decision if available*):
   a. Case number: __D045867__
   b. Grounds raised (*list each*):
      (1) __Insufficient of the evidence__

    (2) __Denial of Marsden motion denied effective assistance of counsel__
    (3) _____
    (4) _____
    (5) _____
    (6) _____
  c. Date of decision: __March 29, 2006__
  d. Result __conviction affirmed__

4. If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision? ☒ Yes ☐ No

   If so give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:

   a. Case number: _____
   b. Grounds raised *(list each)*:
       (1) __Insufficient evidence__
       (2) __Denial of Marsden motion denied effective assistnace of counsel.__
       (3) _____
       (4) _____
       (5) _____
       (6) _____
   c. Date of decision: __June 14, 2006__
   d. Result __review denied__

5. If you did not appeal:         N/A
   a. State your reasons _____
   _____
   _____
   _____

   b. Did you seek permission to file a late appeal? ☐ Yes ☐ No

6. Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction?
   ☐ Yes ☒ No

   If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

a. (1) Name of court: _____

   (2) Case number: _____

   (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

   (4) Grounds raised *(list each)*:

   (a) _____

   (b) _____

   (c) _____

   (d) _____

   (e) _____

   (f) _____

   (5) Date of decision: _____

   (6) Result _____

   _____

   (7) Was an evidentiary hearing held?    ☐ Yes   ☐ No

b. (1) Name of court: _____

   (2) Case number: _____

   (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

   (4) Grounds raised *(list each)*:

   (a) _____

   (b) _____

   (c) _____

   (d) _____

   (e) _____

   (f) _____

   (5) Date of decision: _____

   (6) Result _____

   _____

   (7) Was an evidentiary hearing held?    ☐ Yes   ☐ No

c. (1) Name of court: _____

   (2) Case number: _____

   (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

   (4) Grounds raised *(list each)*:

   (a) _____

   (b) _____

(c) _____
(d) _____
(e) _____
(f) _____

(5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held?    ☐ Yes    ☐ No

7. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the <u>facts</u> supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

**CAUTION:** *Exhaustion Requirement*: In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present <u>all</u> of your grounds to the California Supreme Court.

a. Ground one: Conviction based on insufficient evidence violated Due Process clause of 14th Amendment, U.S. Constitution.

(1) Supporting FACTS: The prosecution's case consist of: 3 masked non-descript blackmen armed with guns robbed Collin's Family Jewelry store on January 30 at 10:05 am. The assailants left in a stolen white buick. On February 1, at 9:00am, a stolen red jeep was found with a drawer divider from the store with petitioner's print.

(2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☒ Yes    ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☒ Yes    ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☐ Yes    ☒ No

b. Ground two: Failure to grant marsden motion denied right to effective assistance of counsel under 6th & 14th Amend., U.S. Constitution.

(1) Supporting FACTS: Petitioner's trial attorney ignored his request to investigate his alibi defense, therefore, he filed a marsden motion. The trial court denied the motion, accepting trial counsel's excuse for not investigating was because of a general disdain for alibi defense. Prejudice: The defense offered NO evidence at all.

(2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☒ Yes    ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☒ Yes    ☐ No

8. If any of the grounds listed in paragraph 7 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: _____
_____
_____

9. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction?
☐ Yes  ☒ No

If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

a. (1) Name of court: _____
   (2) Case number: _____
   (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
   (4) Grounds raised *(list each)*:
      (a) _____
      (b) _____
      (c) _____
      (d) _____
      (e) _____
      (f) _____
   (5) Date of decision: _____
   (6) Result _____

   (7) Was an evidentiary hearing held?   ☐ Yes  ☐ No

b. (1) Name of court: _____
   (2) Case number: _____
   (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
   (4) Grounds raised *(list each)*:
      (a) _____
      (b) _____
      (c) _____
      (d) _____
      (e) _____
      (f) _____
   (5) Date of decision: _____
   (6) Result _____

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)    Page 7 of 10

CV-69 (04/05)

(7) Was an evidentiary hearing held?  ☐ Yes  ☐ No

10. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction?  ☐ Yes  ☐ No

    If so, give the following information *(and attach a copy of the petition if available)*:

    (1) Name of court: _____

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

    (a) _____
    (b) _____
    (c) _____
    (d) _____
    (e) _____
    (f) _____

11. Are you presently represented by counsel?  ☐ Yes  ☒ No

    If so, provide name, address and telephone number: _____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on  6-15-08          X _____
              Date                      *Signature of Petitioner*

Michael A. Harris
*Petitioner*

Larry A. Small, Warden
*Respondent(s)*

**DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS**

I, Michael A. Harris, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes  ☒ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, within the past twelve months, any money from any of the following sources?
   a. Business, profession or form of self-employment?   ☐ Yes  ☒ No
   b. Rent payments, interest or dividends?              ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments?    ☐ Yes  ☒ No
   d. Gifts or inheritances?                             ☐ Yes  ☒ No
   e. Any other sources?                                 ☐ Yes  ☒ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
   ☐ Yes  ☒ No
   If the answer is yes, state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No

   If the answer is yes, describe the property and state its approximate value: _____

   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____
   
   N/A

   _____

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on  6-15-08        X_____/s/_____
                Date                              *Signature of Petitioner*

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: _____

**SEE NEXT PAGE**

_____        _____
Date                            *Authorized Officer of Institution/Title of Officer*

If you are a prisoner you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __HARRIS__
(NAME OF INMATE)

__V-64465__
(INMATE'S CDC NUMBER)

has the sum of $ __0__ on account to his/her credit at

__CALIPATRIA STATE PRISON__
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __N/A__ to his/her credit according to the records of the aforementioned institution. I further certify that during the past six months the applicant's *average monthly balance* was $ __19.73__

and the *average monthly deposits* to the applicant's account was $ __17.50__

__6/13/08__
DATE

SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__GUADALUPE V. GARCIA__
OFFICER'S FULL NAME (PRINTED)

__Accounting Office Supervisor__
OFFICER'S TITLE/RANK

```
REPORT ID: TS3030  .701                                              REPORT DATE: 06/13/08
                                                                          PAGE NO:       1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CALIPATRIA STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 13, 2008

ACCOUNT NUMBER : V64465                    BED/CELL NUMBER: FB010000000148U
ACCOUNT NAME   : HARRIS, MICHAEL ANTHONY        ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                           TRUST ACCOUNT ACTIVITY

         TRAN
DATE     CODE  DESCRIPTION      COMMENT       CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

12/01/2007  BEGINNING BALANCE                                                        0.00
ACTIVITY FOR 2008
03/03  D340  EFT DEPOSIT        90753/5000                  40.00                   40.00
03/10  W408  DONATION-RECR      B-BQ 5186                               22.00       18.00
03/17  FC02  DRAW-FAC 2         B-1  5383                               18.00        0.00
03/18  D340  EFT DEPOSIT        90769/5409                  70.00                   70.00
04/14  FC02  DRAW-FAC 2         B-1  6063                               70.00        0.00
05/02  D340  EFT DEPOSIT        90814 6518                  50.00                   50.00
05/09  D340  EFT DEPOSIT        90821/6675                  50.00                  100.00
05/13  W452  DONATION-STRA PIZZA     6739                               24.50       75.50
05/19  FC02  DRAW-FAC 2         B-1  6908                               75.50        0.00

                           TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL       TOTAL        CURRENT    HOLDS      TRANSACTIONS
BALANCE      DEPOSITS    WITHDRAWALS  BALANCE    BALANCE    TO BE POSTED

   0.00      210.00      210.00          0.00       0.00         0.00

                                              CURRENT
                                              AVAILABLE
                                              BALANCE
                                              ---------
                                                 0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE



**SHERRI R. CARTER**
District Court Executive
and Clerk of Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8  Los Angeles, CA  90012
Tel: (213) 894-7984

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Wednesday, July 02, 2008

MICHAEL A. HARRIS V-64465
CALIPATRIA STATE PRISON YARD B, BLD 1, CELL 148
P.O. BOX 5005
CALIPATRIA, CA.  92233-5005

Dear Sir/Madam:

A [X] Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number CV08- 4381 RSWL (RC)

A [ ] Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case number _____ and also assigned the civil case number _____

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:
  [ ] District Court Judge _____
  [X] Magistrate Judge    **Rosalyn M. Chapman**

at the following address:
  [X] U.S. District Court
      312 N. Spring Street
      Civil Section, Room G-8
      Los Angeles, CA  90012

  [ ] Ronald Reagan Federal
      Building and U.S. Courthouse
      411 West Fourth St., Suite 1053
      Santa Ana, CA  92701-4516
      (714) 338-4750

  [ ] U.S. District Court
      3470 Twelfth Street
      Room 134
      Riverside, CA 92501

The Court must be notified within fifteen (15) days of any address change.  If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

By: AGIGLIOT
    _____
    Deputy Clerk

CV-17 (01/01)            LETTER re FILING H/C PETITION or 28/2255 MOTION