1

2

3

4

5

6

7                      UNITED STATES DISTRICT COURT

8                      CENTRAL DISTRICT OF CALIFORNIA

9

10

11   MICHAEL A. HARRIS,              )  Case No. CV 08-4381-RSWL(RC)
                                     )
12              Petitioner,          )
                                     )
13   vs.                             )  ORDER TRANSFERRING ACTION TO
                                     )  SOUTHERN DISTRICT OF CALIFORNIA
14   LARRY A. SMALL, WARDEN,         )
                                     )
15              Respondent.          )
     _____)

16

17        On July 2, 2008, petitioner Michael A. Harris, a state inmate

18   proceeding pro se, filed a petition for writ of habeas corpus under 28

19   U.S.C. § 2254 challenging his conviction and sentence in San Diego

20   County Superior Court case no. SCD182007.  Petition at 2.  The

21   petitioner currently is confined in Calipatria State Prison in

22   Calipatria, California, which is in the Southern District of

23   California.

24

25                             DISCUSSION

26        Federal district courts are limited to granting habeas relief

27   "within their respective jurisdictions."  28 U.S.C. § 2241(a).

28   Section 2241(d) of Title 28, United States Code, provides that a

1  habeas corpus petition "by a person in custody under the judgment and

2  sentence of a State court of a State which contains two or more

3  Federal judicial districts . . . may be filed in the district court

4  for the district wherein such person is in custody or in the district

5  court for the district within which the State court was held which

6  convicted and sentenced him and each of such districts shall have

7  concurrent jurisdiction to entertain the application." Here, there is

8  no jurisdiction in this district court to entertain petitioner's

9  habeas corpus petition under Section 2254 because petitioner is not in

10 custody in this judicial district nor was petitioner convicted in a

11 state court in this judicial district.

12

13     Generally, it is the practice to hear habeas corpus actions

14 challenging state convictions or sentences in the judicial district in

15 which the inmate was convicted and sentenced. Braden v. 30th Judicial

16 Circuit Court, 410 U.S. 484, 497 & n.13, 93 S. Ct. 1123, 1131 & n.13,

17 35 L. Ed. 2d 443 (1973); Dannenberg v. Ingle, 831 F. Supp. 767, 767

18 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal.

19 1968). Here, petitioner was convicted and sentenced in San Diego

20 County, which is in the Southern District of California. When a

21 habeas corpus petition is filed in a district court lacking

22 jurisdiction, that Court may exercise its discretion and transfer the

23 action in the furtherance of justice. Bell v. Watkins, 692 F.2d 999,

24 1013 (5th Cir. 1982), cert. denied, 464 U.S. 843 (1983). Thus, this

25 Court will transfer this action to the United States District Court

26 for the Southern District of California.

27

28     IT IS ORDERED that the Clerk of this Court transfer this matter

2

1  to the United States District Court for the Southern District of

2  California.

3

4        **IT IS FURTHER ORDERED** that the Clerk of this Court serve a copy

5  of this Order upon petitioner and upon the California Attorney

6  General.

7

8  DATE: *July 9, 2008*                                    **RONALD C.W. LEW**

9                                              _____
                                               RONALD S.W. LEW
                                               SENIOR UNITED STATES DISTRICT JUDGE

10 PRESENTED BY:

11 DATE: *July 8, 2008*

12 *Rosalyn M. Chapman*
        _____
        ROSALYN M. CHAPMAN

13 UNITED STATES MAGISTRATE JUDGE

14 CASE084\08-4381.1
   7/8/08

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**To:**    Clerk, United States District Court
<u>Southern</u> District of <u>California</u>
<u>880 Front Street, Room 4290</u>
<u>San Diego, CA 92101-8900</u>

**Re:**    Transfer of our Civil Case No. <u>CV 08-04381-RSWL (RC)</u>

Case Title: <u>Michael Anthony Harris v. Larry A. Small</u>

Dear Sir/Madam:

**An order having been made transferring the above-numbered case to your district, we are transmitting herewith our file:**

☐    Original case file documents are enclosed in paper format.
☑    Electronic Documents are accessible through Pacer.
☐    Other: _____

_____

Very truly yours,

Clerk, U.S. District Court

Date: <u>July 9, 2008</u>

By <u>Patricia Clarke</u>    *Patricia Clarke*
Deputy Clerk    *(213) 894-4583*

*cc:*    *All counsel of record*

## TO BE COMPLETED BY RECEIVING DISTRICT

**Please acknowledge receipt via e-mail to appropriate address listed below and provide the case number assigned in your district:**

☐    <u>CivilIntakecourtdocs-LA@cacd.uscourts.gov</u>    (Los Angeles Office)
☐    <u>CivilIntakecourtdocs-RS@cacd.uscourts.gov</u>    (Riverside Office)
☐    <u>CivilIntakecourtdocs-SA@cacd.uscourts.gov</u>    (Santa Ana Office)

Case Number: _____

Clerk, U.S. District Court

Date: _____    By _____
Deputy Clerk