# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:08−cv−04381−RSWL−RC

Michael Anthony Harris v. Larry A. Small  
Assigned to: Judge Ronald S.W. Lew  
Referred to: Magistrate Judge Rosalyn M. Chapman  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 07/02/2008  
Date Terminated: 07/09/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Michael Anthony Harris**  represented by  **Michael Anthony Harris**  
CDC V−64465  
Calipatria State Prison  
P O Box 5002  
Calipatria, CA 92233−5002  
PRO SE

V.

**Respondent**

**Larry A. Small**  
*Warden*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/02/2008 | 1 | PETITION for Writ of Habeas Corpus by a Person In State Custody (28:2254) Case assigned to Judge Ronald S.W. Lew and referred to Magistrate Judge Rosalyn M. Chapman. (Filing fee $ 5 DUE.), filed by Petitioner Michael Anthony Harris. (et) (Entered: 07/07/2008) |
| 07/02/2008 | 2 | NOTICE OF REFERENCE TO A U.S. MAGISTRATE JUDGE. Pursuant to the provisions of the Local Rules, the within action has been assigned to the calendar of Judge Ronald S.W. Lew and referred to Magistrate Judge Rosalyn M. Chapman to consider preliminary matters and conduct all further matters as appropriate. The Court must be notified within 15 days of any change of address. (et) (Entered: 07/07/2008) |
| 07/09/2008 | 3 | ORDER TRANSFERRING ACTION TO SOUTHERN DISTRICT OF CALIFORNIA by Judge Ronald S.W. Lew: IT IS ORDERED that the Clerk of this Court transfer this matter to the United States District Court for the Southern District of California. IT IS FURTHER ORDERED that the Clerk of this Court serve a copy of this Order upon petitioner and upon the California Attorney General. (See document for further details.) (MD JS−6. Case Terminated.) (Attachments: # 1 transmittal letter CV22) (pcl) (Entered: 07/09/2008) |