```
 1 │ EDMUND G. BROWN JR.
   │ Attorney General of the State of California
 2 │ DANE R. GILLETTE
   │ Chief Assistant Attorney General
 3 │ GARY W. SCHONS
   │ Senior Assistant Attorney General
 4 │ ANTHONY DASILVA
   │ Deputy Attorney General
 5 │ ANDREW MESTMAN, State Bar No. 203009
   │ Deputy Attorney General
 6 │  110 West A Street, Suite 1100
   │  San Diego, CA 92101
 7 │  P.O. Box 85266
   │  San Diego, CA 92186-5266
 8 │  Telephone: (619) 645-2458
   │  Fax: (619) 645-2271
 9 │  Email: Andrew.Mestman@doj.ca.gov
10 │ Attorneys for Respondent
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICAHEL A. HARRIS,**<br><br>                              Petitioner,<br><br>         v.<br><br>**LARRY A. SMALL, Warden,**<br><br>                              Respondent. | 08cv1229-WQH (LSP)<br><br>**NOTICE OF APPEARANCE**<br><br>Judge: Honorable Leo S. Papas |

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  ANTHONY DASILVA
   Deputy Attorney General
5  ANDREW MESTMAN, State Bar No. 203009
   Deputy Attorney General
6    110 West A Street, Suite 1100
     San Diego, CA 92101
7    P.O. Box 85266
     San Diego, CA 92186-5266
8    Telephone: (619) 645-2458
     Fax: (619) 645-2271
9    Email: Andrew.Mestman@doj.ca.gov

10 Attorneys for Respondent

11                IN THE UNITED STATES DISTRICT COURT

12              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14 | MICAHEL A. HARRIS,              | 08cv1229-WQH (LSP)
15 |                      Petitioner,| **NOTICE OF APPEARANCE**
16 |         v.                      | Judge: Honorable Leo S. Papas
17 | LARRY A. SMALL, Warden,         |
18 |                      Respondent.|

19

20    The California Attorney General hereby files this Notice of Appearance to inform the

21 Court of assigned counsel in this proceeding.

22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

08cv1229 WQH (LSP)

The attorney with principal charge of the case is as follows:

Andrew Mestman, Deputy Attorney General
Office of the Attorney General of the State of California
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2458
E-mail: Andrew.Mestman@doj.ca.gov

Dated: September 4, 2008
Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

ANTHONY DASILVA
Deputy Attorney General


s/Andrew Mestman

ANDREW MESTMAN
Deputy Attorney General

Attorneys for Respondent

AM:adc
80278611.wpd
SD2008700658

## CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name:   **Harris v. Small**
No.:   **08cv1229-WQH (LSP)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On September 4, 2008, I served the following document **NOTICE OF APPEARANCE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

## Electronic Mail Notice List

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case: n/a

## Manual Notice List

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

**MICHAEL A. HARRIS**
**CDC# V-64465**
**CALIPATRIA STATE PRISON**
**P.O. BOX 5002**
**CALIPATRIA, CA 92233-5002**
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 4, 2008, at San Diego, California.

_____A. Curiel_____          _____/s/ A. Curiel_____
         Declarant                              Signature

SD2008700658
80278717.wpd