1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  ANTHONY DASILVA
   Deputy Attorney General
5  ANDREW MESTMAN, State Bar No. 203009
   Deputy Attorney General
6    110 West A Street, Suite 1100
     San Diego, CA 92101
7    P.O. Box 85266
     San Diego, CA 92186-5266
8    Telephone: (619) 645-2458
     Fax: (619) 645-2271
9    Email: Andrew.Mestman@doj.ca.gov

10 Attorneys for Respondent

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  **MICAHEL A. HARRIS,** | 08cv1229-WQH (LSP) |
| 15                                   Petitioner, | **NOTICE OF MOTION AND MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS** |
| 16  v. | |
| 17  **LARRY A. SMALL, Warden,** | Judge: Honorable Leo S. Papas |
| 18                                   Respondent. | |

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  ANTHONY DASILVA
   Deputy Attorney General
5  ANDREW MESTMAN, State Bar No. 203009
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-2458
    Fax: (619) 645-2271
9   Email: Andrew.Mestman@doj.ca.gov

10 Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAHEL A. HARRIS,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>LARRY A. SMALL, Warden,<br><br>　　　　　　　　　　Respondent. | 08cv1229-WQH (LSP)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Judge: Honorable Leo S. Papas |

　　　　PLEASE TAKE NOTICE that Respondent, LARRY SMALL, Warden of Calipatria State Prison in calipatria, California, hereby moves to dismiss the Petition for Writ of Habeas Corpus under Rule 4 of the Rules Governing 28 U.S.C. section 2254 cases because Petitioner, MICHAEL ANTHONY HARRIS, failed to file his petition within the statute of limitations period. See 28 U.S.C. § 2244 (d)(1).

/ / /

/ / /

/ / /

/ / /

1   This Motion is based on this Notice of Motion, the accompanying Memorandum of Points
2   and Authorities, and on the pleadings and state court records lodged with this Court.
3   Dated: September 4, 2008
4   Respectfully submitted,
5   EDMUND G. BROWN JR.
    Attorney General of the State of California
6   DANE R. GILLETTE
    Chief Assistant Attorney General
7
    GARY W. SCHONS
8   Senior Assistant Attorney General
    ANTHONY DASILVA
9   Deputy Attorney General

    s/Andrew Mestman

    ANDREW MESTMAN
    Deputy Attorney General
    Attorneys for Respondent

AM:adc
80278591.wpd
SD2008700658

## CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name:   **Harris v. Small**
No.:   **08cv1229-WQH (LSP)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>September 4, 2008</u>, I served the following document **NOTICE OF MOTION AND MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

### Electronic Mail Notice List
I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case: n/a

### Manual Notice List
The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

**MICHAEL A. HARRIS**
**CDC# V-64465**
**CALIPATRIA STATE PRISON**
**P.O. BOX 5002**
**CALIPATRIA, CA 92233-5002**
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 4, 2008, at San Diego, California.

|  A. Curiel  |  _A. Curiel_ (signature)  |
|:---:|:---:|
| Declarant | Signature |

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  ANTHONY DASILVA
   Deputy Attorney General
5  ANDREW MESTMAN, State Bar No. 203009
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-2458
    Fax: (619) 645-2271
9   Email: Andrew.Mestman@doj.ca.gov

10 Attorneys for Respondent

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAHEL A. HARRIS,<br><br>　　　　　　　　Petitioner,<br><br>　v.<br><br>LARRY A. SMALL, Warden,<br><br>　　　　　　　　Respondent. | 08cv1229-WQH (LSP)<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF RESPONDENT'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Judge: Honorable Leo S. Papas |

```
EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
ANTHONY DASILVA
Deputy Attorney General
ANDREW MESTMAN, State Bar No. 203009
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2458
 Fax: (619) 645-2271
 Email: Andrew.Mestman@doj.ca.gov
```

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAHEL A. HARRIS,<br><br>                            Petitioner,<br><br>      v.<br><br>LARRY A. SMALL, Warden,<br><br>                            Respondent. | 08cv1229-WQH (LSP)<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF RESPONDENT'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Judge: Honorable Leo S. Papas |

COMES NOW Respondent, Larry Small, Warden of Calipatria State Prison, through his counsel, Edmund G. Brown Jr., Attorney General of the State of California and Andrew S. Mestman, Deputy Attorney General, and respectfully submits the following Memorandum of Points and Authorities in Support of his Motion to Dismiss pursuant to the Order of this Court filed on July 21, 2008.

**PROCEDURAL BACKGROUND**

A San Diego County Superior Court jury convicted Harris of nine counts of robbery stemming from a smash-and-grab heist at a jewelry store. Harris was sentenced to prison for a term of 48 years and eight months.

Harris appealed his conviction to the California Court of Appeal. (Lodgment 1.) In an unpublished opinion, the appellate court affirmed the convictions. (Lodgment 4.) Harris filed a petition for review in the California Supreme Court which was denied on June 14, 2006. (Lodgements 5, 6.) Harris did not petition for certiorari to the Supreme Court, and therefore his conviction became final for federal purposes ninety days later, on September 12, 2006. 28 U.S.C. § 2101(d); Rules of the Supreme Court of the United States, Rule 13.

On July 2, 2008, Harris filed his Petition for Writ of Habeas Corpus in the United States District Court for the Central District of California. On July 9, 2008, the Central District transferred the petition to this Court. On July 21, 2008, this Court ordered a response to the Petition.

## FACTUAL BACKGROUND

The facts are irrelevant to the issues presented in this motion to dismiss. Accordingly, Respondent has omitted a statement of the factual background.

## ARGUMENT

### I.

**THE PETITION SHOULD BE DISMISSED WITH PREJUDICE BECAUSE HARRIS FAILED TO FILE IT WITHIN THE STATUTE OF LIMITATIONS**

Respondent respectfully submits that this Court should dismiss the Petition, in that it is time-barred. Harris's state-court conviction became final for federal purposes in September 2006. Harris waited too long before filing his Petition in this Court. Because Harris should have known about his claims no later than the date of finality, he is not entitled to a later start of the limitations period or to equitable tolling. His Petition must be dismissed.

**A.   Harris's State-Court Decision Became Final In September 2006**

28 U.S.C. § 2244(d) provides:

> (1) A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -
> (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;
    (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
    (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
  (2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Harris's petition for review was denied by the California Supreme Court on June 14, 2006. (Lodgment 6.) Because Harris did not petition for certiorari to the Supreme Court, his conviction became final for federal purposes ninety days later, on September 12, 2006. *See Bowen v. Roe*, 188 F.3d 1157, 1158-59 (9th Cir. 1999).

Harris knew, or reasonably should have known, about the factual predicate of each of his claims, including any claim regarding ineffective assistance of counsel, no later than the date of finality, when he knew or should have known about all the issues raised and rejected in the appellate opinion. *See Hasan v. Galaza*, 254 F.3d 1150, 1154-55 n.3 (9th Cir. 2001) (noting that the standard for determining a claim's factual predicate is objective). He may not receive a later start to his limitations period under 28 U.S.C. § 2244(d)(1)(D). Absent either a delayed start to the limitations period under § 2244(d)(1) or statutory tolling under § 2244(d)(2), Harris had until September 12, 2007 to file his federal petition. *See Patterson v. Stewart*, 251 F.3d 1243, 1246 (9th Cir. 2001). Harris did not sign the instant Petition until June 15, 2008, and so it is late.[1]

**B. Harris Is Not Entitled To Statutory Tolling Under § 2244(d)(2)**

Harris did not begin to seek any collateral relief, in state or federal court, until he filed the instant petition on July 2, 2008, Petition is untimely by nine months and should be dismissed with

---

  1. Under the "mailbox rule," this Court may consider the date that Harris signed his habeas petitions as the date of filing because, presumably, that is the day that Harris handed it to prison authorities for mailing. *Houston v. Lack*, 487 U.S. 266, 276, 108 S. Ct. 2379, 101 L. Ed. 2d 245 (1988); *Huizar v. Carey*, 273 F. 3d 1220, 1222 (9th Cir. 2001).

08cv1229-WQH (LSP)

3

1  prejudice. Harris is not entitled to any statutory tolling of the federal limitations period, under 28
2  U.S.C. § 2244(d)(2), because the limitations period expired before he began to seek state-court relief.
3  *Jiminez v. Rice*, 276 F.3d 478, 482 (9th Cir. 2001*); Green v. White*, 223 F. 3d 1001 (9th Cir. 2000).

**C.  Harris Is Not Entitled To Any Equitable Tolling**

The Supreme Court has not ruled whether equitable tolling should apply to habeas corpus petitions. *See Lawrence v. Florida*, ___ U.S. ___, 127 S. Ct. 1079, 1085 (2007); *Pace v. DiGuglielmo*, 544 U.S. at 418 n.8. But under other Supreme Court precedent, it should not. *See Bowles v. Russell*, __U.S.__, 127 S. Ct. 2360, 2364-66, 168 L. Ed. 2d 96 (2007) (distinguishing statute-based time limits from rule-based time limits); *United States v. Beggerly*, 524 U.S. 38, 48, 118 S. Ct. 1862, 141 L. Ed. 2d 32 (1998) (holding that equitable tolling was unavailable under the Quiet Title Act because it would be inconsistent with Congressional intent).

Even under extant circuit precedent, Harris has done nothing to carry his burden of establishing that he is entitled to equitable tolling. *See Smith v. Duncan*, 297 F.3d at 814; *Miranda v. Castro*, 292 F.3d 1063, 1065-66 (9th Cir. 2002). Harris bears the burden of establishing equitable tolling, and in order to do so he must demonstrate: (1) extraordinary circumstances beyond his control that (2) made it impossible to file a petition on time. *Id.* at 1066-67 (attorney miscalculation of AEDPA limitations period did not merit equitable tolling). Equitable tolling is "unavailable in most cases." *Miles v. Prunty*, 187 F.3d 1104, 1107 (9th Cir. 1999); *see Pace v. DiGuglielmo*, 544 U.S. at 418 (requiring diligence).

///
///
///
///
///
///
///
///
///

1     Harris does not make any argument regarding equitable tolling of the statute of limitations. His Petition is late, and it must be dismissed with prejudice.

Dated: September 4, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

ANTHONY DASILVA
Deputy Attorney General

s/Andrew Mestman

ANDREW MESTMAN
Deputy Attorney General

Attorneys for Respondent

AM:adc
80278595.wpd
SD2008700658

## CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name:  **Harris v. Small**
No.:    **08cv1229-WQH (LSP)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>September 4, 2008</u>, I served the following document **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF RESPONDENT'S MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

## Electronic Mail Notice List
I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case: n/a

## Manual Notice List
The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

MICHAEL A. HARRIS
CDC# V-64465
CALIPATRIA STATE PRISON
P.O. BOX 5002
CALIPATRIA, CA  92233-5002
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 4, 2008, at San Diego, California.

|  A. Curiel  |  *[signature]*  |
| :---: | :---: |
| Declarant | Signature |

```
 1  EDMUND G. BROWN JR.
    Attorney General of the State of California
 2  DANE R. GILLETTE
    Chief Assistant Attorney General
 3  GARY W. SCHONS
    Senior Assistant Attorney General
 4  ANTHONY DASILVA
    Deputy Attorney General
 5  ANDREW MESTMAN, State Bar No. 203009
    Deputy Attorney General
 6    110 West A Street, Suite 1100
      San Diego, CA 92101
 7    P.O. Box 85266
      San Diego, CA 92186-5266
 8    Telephone: (619) 645-2458
      Fax: (619) 645-2271
 9    Email: Andrew.Mestman@doj.ca.gov

10  Attorneys for Respondent

11              IN THE UNITED STATES DISTRICT COURT

12             FOR THE SOUTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| MICAHEL A. HARRIS, | 08cv1229-WQH (LSP) |
| Petitioner, | **NOTICE OF LODGMENT** |
| v. | Judge: Honorable Leo S. Papas |
| LARRY A. SMALL, Warden, | |
| Respondent. | |

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  ANTHONY DASILVA
   Deputy Attorney General
5  ANDREW MESTMAN, State Bar No. 203009
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-2458
    Fax: (619) 645-2271
9   Email: Andrew.Mestman@doj.ca.gov

10 Attorneys for Respondent

11                IN THE UNITED STATES DISTRICT COURT

12              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14 | MICAHEL A. HARRIS,                    | 08cv1229-WQH (LSP)

15 |                         Petitioner,   | **NOTICE OF LODGMENT**

16 | v.                                    | Judge: Honorable Leo S. Papas

17 | LARRY A. SMALL, Warden,

18 |                         Respondent.

19

20        Pursuant to the July 21, 2008, Order Requiring Answer To Petition For Writ of Habeas

21 Corpus (28 U.S.C. § 2254), Respondent hereby lodges the following records:

22        1.   Reporter's Transcript for *People v. Michael Anthony Harris*, Superior Court Case

23 No. SCD182007 dated November 16, 18-19, 22, 2004, and January 10, 2005;

24        2.   Clerk's Transcript for *People v. Michael Anthony Harris*, Superior Court Case

25 No. SCD182007;

26        3.   Appellant's Opening Brief;

27        4.   Respondent's Brief;

28        5.   Appellant's Reply Brief;

08cv1229 WQH (LSP)

| | | |
|---|---|---|
| 1 | 6. | Opinion, Court of Appeal, filed March 29, 2006; |
| 2 | 7. | Petition for Review, filed in the California Supreme Court; and |
| 3 | 8 | Order denying petition, California Supreme Court filed June 14, 2006. |

Dated: September 4, 2008

                Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

ANTHONY DASILVA
Deputy Attorney General

s/Andrew Mestman

ANDREW MESTMAN
Deputy Attorney General

Attorneys for Respondent

AM:adc
80278606.wpd
SD2008700658

# CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name:  **Harris v. Small**
No.:  **08cv1229-WQH (LSP)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On September 4, 2008, I served the following document **NOTICE OF LODGMENT** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

## Electronic Mail Notice List

I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case: n/a

## Manual Notice List

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

**MICHAEL A. HARRIS**
**CDC# V-64465**
**CALIPATRIA STATE PRISON**
**P.O. BOX 5002**
**CALIPATRIA, CA 92233-5002**
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 4, 2008, at San Diego, California.

| A. Curiel | _signature_ |
|---|---|
| Declarant | Signature |

SD2008700658
80278721.wpd