# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

MICHAEL ANTHONY HARRIS

V.

LARRY SMALL

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   08cv1229 WQH (POR)

☐  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Report and Recommendation is adopted in its entirety and the Petition for a Writ of Habeas Corpus is denied................................................................................................................................................
................................................................................................................................................

| June 14, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk
ENTERED ON June 14, 2010

08cv1229-WQH(POR)